McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America





**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A WHITE 2007 MERCEDES-BENZ FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 | CASE NO. 2:17-SW-335-CKD<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A WHITE 2007 MERCEDES-BENZ FOUR-DOOR CAR WITH CALIFORNIA LICENSE PLATE 6HFV921 and A SILVER 2007 AUDI SPORT UTILITY VEHICLE WITH CALIFORNIA LICENSE PLATE CA 5BQL804 | CASE NO. 2:17-SW-0510-DB<br><br>[PROPOSED] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the applications and orders signed May 8, 2017 and June 16, 2017, which authorized agents of the Drug Enforcement Agency to install and monitor a tracking device in or on a White 2007 Mercedes-Benz four-door car with license plate 6HFV921, for a period of 30 days.

///

1   The United States has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: 3-19-19

Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE